## Coston *v.* Roach *et al.*

APPEAL from the Circuit Court of Shelby.
Tried before the Hon. A. H. ALSTON.

No counsel marked as appearing for appellant.

No counsel marked as appearing for appellee.

The appeal is dismissed.

Opinion PER CURIAM.

---

## Birmingham Auditorium Co. *v.* Jackson.

APPEAL from the Circuit Court of Jefferson.
Tried before the Hon. A. A. COLEMAN.

BANKS & SELHEIMER, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

The appeal is dismissed by agreement of parties.

Opinion PER CURIAM.

---

## Wooden *v.* The State.

APPEAL from the Circuit Court of Shelby.
Tried before the Hon. A. H. ALSTON.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant was indicted and tried for murder, convicted of murder in the second degree, and sentenced to forty-five years' imprisonment in the penitentiary.
The judgment is affirmed.

Opinion by MCCLELLAN, C. J.